## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATALIN KADAR LYNN <br> 1440 Stockton Street <br> Saint Helena, CA 94574 <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND <br> RECORDS ADMINISTRATION <br> 8601 Adelphia Road <br> College Park, MD 20740-6001 <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No. 18-587 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, for the disclosure of agency records improperly withheld from plaintiff Katalin Kadar Lynn by the defendant National Archives and Records Administration.

## **JURISDICTION**

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## **VENUE**

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## **PARTIES**

3. Plaintiff Katalin Kadar Lynn ("Ms. Kadar Lynn") is a resident of California and a United States citizen.

4. Defendant National Archives and Records Administration ("NARA") is an agency within the meaning of 5 U.S.C. § 552 (e), and is in possession and/or control of the records requested by Ms. Kadar Lynn that are the subject of this action.

### COUNT ONE – NARA

5. By letter dated November 4, 2014, Ms. Kadar Lynn submitted a FOIA request to NARA.

6. The FOIA request sought NARA's copies of archived CIA documents listed as "Group 263: Records of the Grombach Organization".

7. By letter dated December 8, 2017, NARA informed Ms. Kadar Lynn that all ten responsive documents at issue – totaling 733 pages – were being withheld in their entirety in reliance upon FOIA Exemptions 1 and 3. The FOIA request was designated as NARA Case Number 44667.

8. By letter dated January 30, 2018, Ms. Kadar Lynn filed an administrative appeal challenging NARA's adverse determination.

9. To date, no substantive response has been received from NARA regarding Ms. Kadar Lynn's administrative appeal. Ms. Kadar Lynn has constructively exhausted all required administrative remedies.

10. Ms. Kadar Lynn has a legal right under the FOIA to obtain the information she seeks.

WHEREFORE, plaintiff Katalin Kadar Lynn prays that this Court:

(1) Orders the defendant federal agency to disclose the requested records in their entirety and make copies promptly available to the plaintiff;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E) and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and

(4) grant such other relief as the Court may deem just and proper.

Date:   March 16, 2018

                                      Respectfully submitted,

                                         /s/
                                      _____
                                      Bradley P. Moss, Esq.
                                      D.C. Bar #975905
                                      Mark S. Zaid, Esq.
                                      D.C. Bar #440532
                                      Mark S. Zaid, P.C.
                                      1250 Connecticut Avenue, N.W.
                                      Suite. 200
                                      Washington, D.C. 20036
                                      (202) 454-2809
                                      (202) 330-5610 fax
                                      Brad@MarkZaid.com
                                      Mark@MarkZaid.com

                                      Attorneys for Plaintiff