IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATALIN KADAR LYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | )  Civ. A. No. 18-CV-0587 (CKK) |
| | ) |
| NATIONAL ARCHIVES AND | ) |
| RECORDS ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF DAVID J. MENGEL

# EXHIBIT A



# Helena History Press

Helena History Press, LLC
KATALIN KÁDÁR LYNN PH.D.
P O Box 838, SAINT HELENA, CA USA 94574
TABOR UTCA 2-4, BUDAPEST, HUNGARY 1012

MOBILE:  1 415 518-1089
FAX:  1 707 967-0339
editor@helenahistorypress.com
www.helenahistorypress.com

November 4, 2014

Chief, Military Reference Branch

Textual Reference Division

The National Archives at College Park

8601 Adelphi Road

College Park, MD 20740-6001

Received in NW ___11/14/14___

Date Due ___12/15/14___

Register No. ___44667___

Assigned to ___RDT___ ANDC

RE: FOIA Request from NARA Materials:

Records of the Central Intelligence Agency: Group 263: Records of the Grombach Organization

Dear Sir or Madam,

Attached is a list of documents to which I would like copies or access. I am the biographer of Tibor Eckhardt, the Hungarian émigré political figure who was a key partner in the Grombach Organization from its inception in 1942 until 1954 when it was disbanded. My book, *Tibor Eckhardt: His American Years – 1941-1972* was published in 2007 and I am now completing research on a full biography of his life. The material in group 263 was de-classified after I completed the first book and the new material has been extremely valuable to me in reconstructing the history of Eckhardt's involvement with American intelligence, which I was able to write about in only a cursory way in the original work.

In order to portray an accurate history of Tibor Eckhardt's involvement with the Grombach Organization, I need access to additional material from Group 263 that was not de-classified. The material that I am requesting is critical to my research as these missing elements cannot be found in any other archive, except in a fragmentary manner and are necessary to write the story of Eckhardt's history within the Grombach Organization.

I presume it is easiest to provide these documents to me in electronic form. If not, then whatever format is suitable to your office. I am happy to cover any cost involved.

Thank you in advance for your attention to my request that is attached as pages 2-4 of this letter.

Sincerely

Katalin Kádár Lynn PhD

NWCT2-R NO._____

RECEIVED_____DUE_____

ASSIGNED TO_____

**Records of the Central Intelligence Agency, Group 263, Records of the Grombach Organization (NARA):**

**ENTRY P12: Subject and Country Files 190/22/19/1**

1. Subject and Country Files: Box 2

Folder: Buff Plan-Silver Net 14 pages

No indication that this material is restricted access – however it was not in the box.


2. Subject and Country Files: Box 4

Folder: Designations: 1 page pulled Access Restricted

Document Date: 12.31.1954 List

Restricted: 54960

Retrieval: 54960 00004 1

System Doc ID 31313176


3. Subject and Country Files: Box 5

Folder: Designations:

Key to Numbers: 106 pages·

Document Date: 12.31.1954

Retrieval: 54960 00005 1

System Doc ID: 31313319


4. Subject and Country Files; Box 24

Folder: SOP Field

Withdrawal Notice

Document Date: 12.31.1953

List: Number of pages 16


2

Retrieval Number: 54960 00024 1

System Doc ID: 31313546

5. Subject and Country Files: Box 24

Folder: Sources

Document Date: 12.31.1953

List: 21 pages

Retrieval: 54960 00024 6

System Doc ID: 31313551

6. Subject and Country Files: Box 24

Folder: Sources

Document Date: 12.31.1953

149 pages

Retrieval: 54960 00024 3

System Doc ID: 31313548

7. Subject and Country Files: Box 24

Folder: Sources Description

Document Date: 11.23.1953

From – to Dale: 114 pages

Retrieval: 54960 00024 4

System Doc ID: 31313549

8. Subject and Country Files: Box 24

Folder: Sources

Document Date: 11.23.1953

3

72 pages

Retrieval 54960 00024 1

System Doc ID: 31313547


9. Subject and Country Files: Box 24

Folder: Source Description

Document Date: 12.31. 1953

204 pages

Retrieval: 54960 00024 5

System Doc ID: 31313550


**Requirements, Directives and Correspondence: 1945- 1955 Series 3, ENTRY P 14**

**190/22/19/6**


10. Requirements, Directives and Correspondence: 1945-1955: Box 1

Folder: ARIS

Document date: 2.14.1952

35 pages

Retrieval: 55977 00001 1

System Doc ID:31313657

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KATALIN KADAR LYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 18-CV-0587 (CKK) |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF DAVID J. MENGEL**

# **EXHIBIT B**

NATIONAL ARCHIVES

**David Fort <david.fort@nara.gov>**

# FOIA request

4 messages

**David Fort** <david.fort@nara.gov> Thu, Nov 20, 2014 at 8:22 AM
To: editor@helenahistorypress.com
Bcc: David Fort <david.fort@nara.gov>

Hello,

I am in receipt of a FOIA request from a Katalin Kadar-Lynn. I am wondering what mailing address the researcher would like to receive the records once the case is processed. There are two addresses on the request. Also, Do you have an email address for the researcher specifically that I can use to contact them if questions arise.

Once I hear back from someone there I will complete the login for this case.

Sincerely,

David Fort
National Archives and Records Administration
Deputy Director of the FOIA/MDR Division
David.Fort@nara.gov
301-837-0627

---

**Katalin Kádár Lynn** [redacted] Thu, Nov 20, 2014 at 9:01 AM
To: David Fort <david.fort@nara.gov>

Hi David,

Thank you for your email. I am the researcher. The mailing address to use for me is my address in the US'

[redacted]
Saint Helena, CA
94574

My email address is either the editor@helenahistorypress.com or [redacted]

I look forward to hearing from you.

All the best,
Katalin
my cell [redacted]
[Quoted text hidden]

---

**David Fort** <david.fort@nara.gov> Thu, Nov 20, 2014 at 9:02 AM
To: Katalin Kádár Lynn [redacted]

Many thanks.

I will get your letter out today. Just so you know there are about 250 cases ahead of yours in our queue so it will be likely 12 months before the case is processed. Should you have any questions please let me know. Thanks

Sincerely,
David Fort

National Archives and Records Administration

Deputy Director of the FOIA/MDR Division
David.Fort@nara.gov
301-837-0627

[Quoted text hidden]

---

**Katalin Kádár Lynn** <span style="background:black">      </span>    Thu, Nov 20, 2014 at 9:09 AM
To: David Fort <david.fort@nara.gov>

Dear David ( if I may),

Thanks so much. I realize there is a queue, and appreciate any courtesy you can afford me. This is material that can critically alter and/or support key portions of the material in the expanded biography I am writing of Dr. Tibor Eckhardt and thus it's value to my research cannot be overstated. However, those 250 other folks probably feel the same way I do! Whatever you can do to move my request along would be great.

Thank you in advance,
Katalin
[Quoted text hidden]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KATALIN KADAR LYNN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. A. No. 18-CV-0587 (CKK) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF DAVID J. MENGEL**

# EXHIBIT C

NATIONAL ARCHIVES and RECORDS ADMINISTRATION
8601 ADELPHI ROAD    COLLEGE PARK, MD 20740-6001
www.archives.gov

**NATIONAL ARCHIVES**

December 08, 2017

Katalin Kadar Lynn
P.O. Box 838
Saint Helena, CA 94574

NARA Case Number: **NW 44667**

Dear Ms. Kadar Lynn:

This is in further response to your Freedom of Information Act (FOIA) request for access to records in the custody of the National Archives and Records Administration (NARA). Our office received your request for selected records from RG 263, from declassification projects NND 54960 and 55977 on November 14, 2014.

The Central Intelligence Agency withheld all ten documents totaling 733 pages in their entirety from release under sections (b)(1) and (b)(3) of the FOIA, 5 U.S.C. 552. Exemption 1 protects from disclosure information concerning the national defense or foreign policy that is currently and properly classified under Executive Order 13526, Section 1.4. Exemption 3 protects from disclosure information that is exempt from release by statute. In this instance, the pertinent statutes are Section 6 of the Central Intelligence Agency Act of 1949, as amended, and Section 102A(i)(l) of the National Security Act of 1947, as amended.

If you are not satisfied with our response to your request, you may administratively appeal by writing to the address below. The Deputy Archivist must receive your appeal within 90 days of the date of this letter. Clearly mark the appeal letter and envelope: "FOIA Appeal" and cite the case number in your appeal letter. You may also submit your appeal to FOIA@nara.gov also addressed to the Deputy Archivist. All correspondence should reference your internal case tracking number NW 44667. Please note that denials under the FOIA of access to national security information accessioned by NARA are made by designated officials of the originating agencies or by NARA under a written delegation of authority. We will coordinate appeals of denials to national security information with the equity holding agencies.

Deputy Archivist of the United States (ND)
National Archives and Records Administration
8601 Adelphi Road
College Park, Maryland 20740-6001

In addition to your right to file an administrative appeal with the Deputy Archivist, you may seek assistance from our FOIA Public Liaison (FPL), Martha Wagner Murphy at 301-837-3270 or DC.foia.liaison@nara.gov.

Did you understand our response to your inquiry? If not, please tell us why so we can improve our responses.

The Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to administrative appeals. Using OGIS services does not affect your right to pursue an administrative appeal. The contact information for OGIS is as follows:

<div align="center">

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Telephone: 202-741-5770
Facsimile: 202-741-5769
Toll-free: 1-877-684-6448

</div>

This concludes the processing of your request. If you have any question about the way we handled your request, or about our FOIA regulations or procedures, please contact Laurie Madsen at laurie.madsen@nara.gov or 301-837-0854.

Sincerely,



DAVID FORT
Supervisory Archives Specialist
National Declassification Center

Did you understand our response to your inquiry? If not, please tell us why so we can improve our responses.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATALIN KADAR LYNN,                        )
                                           )
    Plaintiff,                             )
                                           )
            v.                             )        Civ. A. No. 18-CV-0587 (CKK)
                                           )
NATIONAL ARCHIVES AND                      )
RECORDS ADMINISTRATION,                    )
                                           )
    Defendant.                             )
                                           )

**DECLARATION OF DAVID J. MENGEL**

# **EXHIBIT D**

NGC Log No: *N6C18-029 A*
Date Received: *1/30/2018*
Date Due: *7/23/2018*
Assigned To: _____

\* Consult Sent
02/06/2018

# MARK S. ZAID, P.C.
### ATTORNEY-AT-LAW

1250 CONNECTICUT AVENUE, N.W.
SUITE 200
WASHINGTON, DC 20036

———

TELEPHONE: (202) 454-2809
FACSIMILE: (202) 330-5610

MARK S. ZAID, MANAGING PARTNER (admitted in CT, DC, MD; NY)
E-MAIL: MARK@MARKZAID.COM
BRADLEY P. MOSS, PARTNER (admitted in DC, IL)
E-MAIL: BRAD@MARKZAID.COM
ILANA S. GREENSTEIN, OF.COUNSEL (admitted in DC, MD)
E-MAIL: ILANA@MARKZAID.COM
ANDREW P. BAKAJ, SPECIAL OF COUNSEL (admitted in DC, NJ)
E-MAIL: ANDREW@MARKZAID.COM

January 30, 2018

<u>VIA E-MAIL</u>

Debra Wall
Deputy Archivist of the United States (ND)
National Archives and Records Administration
8601 Adelphia Road
College Park, MD 20740-6001

RE: NARA Case Number NW 44667

Dear Ms. Wall:

This letter constitutes an administrative appeal submitted on behalf of our client, Katalin Kadar Lynn ("Ms. Lynn"), with respect to the above-identified FOIA request. By letter dated December 8, 2017, NARA informed Ms. Lynn that all ten responsive documents (totaling 733 pages) were being withheld in full by the CIA pursuant to FOIA Exemptions 1 and 3.

Ms. Lynn appeals the appropriateness of the CIA's withholdings.

If you have any questions about handling this appeal, you can reach me me at 202-907-7945 or at <u>Brad@MarkZaid.com</u>.

Sincerely,

/s/

Bradley P. Moss

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATALIN KADAR LYNN,  )
                     )
    Plaintiff,       )
                     )
        v.           )      Civ. A. No. 18-CV-0587 (CKK)
                     )
NATIONAL ARCHIVES AND )
RECORDS ADMINISTRATION, )
                     )
    Defendant.       )

## DECLARATION OF DAVID J. MENGEL

# EXHIBIT E


NATIONAL
ARCHIVES

**Joseph Scanlon <joseph.scanlon@nara.gov>**

---

# Re: FOIA appeal - NARA Case Number 44667

1 message

---

**Matthew Heichelbech <matthew.heichelbech@nara.gov>**                    Tue, Jan 30, 2018 at 10:47 AM
Reply-To: matthew.heichelbech@nara.gov
To: brad@markzaid.com
Cc: Mark Zaid <mark@markzaid.com>
Bcc: foia@nara.gov

Dear Mr. Moss:

This is to advise you that your administrative appeal, dated January 30, 2018, regarding NW 44667 was received by this office on behalf of the Deputy Archivist of the United States on January 30, 2018. Your appeal has been assigned number NGC18-029A.

The Deputy Archivist of the United States has the responsibility to adjudicate such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. As stated above, your appeal has been assigned number NGC18-029A. Please provide this number in any future correspondence to this office regarding this matter. Please note, if you provide an e-mail address or another electronic means of communication with your appeal, this office may respond to you electronically even if you submitted your appeal via regular U.S. Postal Service.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at the number and/or email below. If you have submitted your appeal through the FOIAonline electronic portal, you may also obtain an update on the status of your appeal by logging into your FOIAonline account.

Sincerely,


Matthew Heichelbech
Government Information Specialist Detailee
National Archives and Records Administration
Office of the General Council, Archives II
301-837-1934
matthew.heichelbech@nara.gov

On Tue, Jan 30, 2018 at 9:34 AM, Bradley P. Moss <brad@markzaid.com> wrote:

ATTN: Debra Wall, Deputy Archivist


Please find attached an administrative appeal submitted with respect to the above-identified FOIA request.


Regards,



Brad Moss



---------------------------------------------------------------------------------------



Bradley P. Moss, Esq.